Case Number: <u>    AT 3330-0084    </u>

Location of Search:
<u>Austin Nevin aka Uncle Willie</u>
<u>1462 Waterspring Road</u>
<u>Orangeburg, S.C.</u>

## Search Warrant Inventory

| LI.7 | Description |
|---|---|
| C1 | White HP Computer Monitor/Keyboard SN#8CC6340FSY Model 20-c013w)(Kitchen Desk) |
| C2 | 16 GB Sandisk SDHC Card (Kitchen Island Drawer) |
| C3 | LGSmart Phone |
| C4 | HP Laptop SN#5CD1036MXQ MODEL# 14-FQ0040NR |
| C5 | IPHONE 5S (PURPLE OTTERBOX PHONE CASE) DAMAGE CASE |
| G1 | ASSORTMENT OF PILLS FOR DOGS |
| G2 | DOG Medicine/Needles |
| H1 | WHITE IPHONE MODEL:A1522 (IMEI359319062045126) |
| I1 | PEDIGREE DOCUMENTS |
| I2 | LEDGERS & DOCUMENTS |
| I3 | COLLARS/CHAINS/TROPHY |
| I4 | GREEN ARMY CAMEO POUCH W/3X OLD SMART PHONES (BLK CRACKED LG |
| O1 | SPIRAL NOTEBOOK LEDGER |
| O2 | PEDIGREE DOCUMENTS |
| O3 | (2) Black Verizon Samsung Flip Phones |
| O4 | Red Case IPHONE (PW:1966) SKU: CLNRAPL79P128-DPA belong to (wife Crystal) Black Samasung with INCIPIO phone case (belongs to Austin N.) (IMEI:35535511164640) |
| O4 | PW:2202 |
| P1 | (5) CHS TAPES ON PIT BULL FIGHT |
| PIT-1 | SEE ATTACHED SLED FORENSIC SERVICE LAB CHAIN OF CUSTODY FORM FSA-049 |
| PIT-2 | (2) BREAK STICKS |
| PIT-3 | FIGHTING PIT |
| PIT-4 | SAMPLE CARPET WITH BLOOD STAINS |
| R-1 | WAS CHANGED TO PIT-2 |
| Q-1 | FLAT MILL |
| Q-2 | RAPE STAND |
| Q-3 | VARIOUS VITAIMS |
| Q-4 | FIGHT KIT W/SPONGES & ALCOHOL |
| Q-5 | (4) VARIETY OF SUPPLEMENTS/DEWORMERS |
| Q-6 | (2) BLUE BUCKET OF CHAINS |

| Q7 | (7) HANGING SCALES |
| Q8 | SLAT MILL |
| Q9 | CHAINS |
| Q10 | LEDGERS |
| Q11 | COLLARS/LEASHES |
| Q12 | (1) ANIMAL HIVE (2) COLLARS |
| Q13 | JUMPER CABLES AND LEASHES |
| Q14 | SPRING HOLD |

On <u>September 25, 2022</u> at _____ hours, this inventory was prepared and a copy was provided in the following manner:

_____ No person was present to provide a copy of this inventory, subsequently it was left at the below locations:

_____

 X A copy of this inventory was provided to the following person:

Name: AUSTIN NEVIN                    Signature: _____

Address: 1462 Waterspring Road, Orangeburg, S.C. _____

I, <u>ASAC SALINA WALKER</u> the inventory officer, certify this inventory depicts a true and accurate representation of the items seized pursuent to the search warrant.

Inventory Officer: _____ 9/25/22   Witness: _____ 9/25/22

Printed Name: SALINA WALKER              Printed Name: MARCO DEASA-LITTIG

# Animal Inventory Log

CATS ID: 22-AIG00005l  Location: HS9  Date: 9/26/22  Page: 1 of: 2

| Tally | ID # | Breed | Color | M/F | Age | No. of young | Comments |
|---|---|---|---|---|---|---|---|
| | HS9-002 | APBT-type | blk | M | 5-6M | — | |
| | HS9-003 | APBT-type | buckskin | F | 2-3Y | — | |
| | HS9-004 | APBT-type | blk | M | 7-8Y | — | |
| | HS9-005 | APBT-type | buckskin | F | 5-6Y | — | |
| | HS9-006 | APBT-type | tan buckskin | F | 5Y | — | |
| | HS9-007 | APBT-type | blk | M | 3-5Y | — | |
| | HS9-008 | APBT-type | Red buckskin | F | 2Y | — | |
| | HS9-009 | APBT-type | tan buckskin | F | 5Y | — | |
| | HS9-010 | APBT-type | tan | F | 2-3Y | — | |
| | HS9-011 | APBT-type | tan | M | 4Y | — | |
| | HS9-012 | APBT-type | Red buckskin | F | 19M | — | |
| | HS9-013 | APBT-type | blk | F | 6-7Y | — | |
| | HS9-014 | APBT-type | Red | M | 19M | — | |
| | HS9-015 | APBT-type | blk | M | 3Y | — | |
| | HS9-016 | APBT-type | Red | M | 2Y | — | |
| | HS9-017 | APBT-type | blk/w | F | 4Y | — | |
| | HS9-019 | APBT-type | Red buckskin | M | 2-3Y | — | |
| | HS9-018 | APBT-type | Red buckskin | F | 2-3Y | — | |
| | HS9-020 | APBT-type | red buckskin | F | 2-3Y | 5 | |
| | HS9-020-a | APBT-type | blk | M | 6w | — | |
| | HS9-020-b | APBT-type | liver | M | 6w | — | |
| | HS9-020-c | APBT-type | liver | M | 6w | — | |
| | HS9-020-d | APBT-type | tan buckskin | M | 6w | — | |

Completed by  Manuel Flores
**Print Name**

Signature  _____

# Animal Inventory Log

CATS ID: 22-AIG-000051  Location: H59    Date: 9-26-22    Page: 2 of: 2

| Tally | ID # | Breed | Color | M/F | Age | No. of young | Comments |
|-------|------|-------|-------|-----|-----|--------------|----------|
| | H59-020-e | APBT-type | liver | F | 6w | — | |
| | H59-061 | APBT-type | tan | F | 2-3y | 1 | |
| | H59-001-a | APBT-type | liver | M | 5-6w | — | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Completed by_____Signature _____
                        **Print Name**



# South Carolina Law Enforcement Division
## Forensic Services Laboratory
## CHAIN OF CUSTODY

Laboratory Case Number :

Agency of Origin:

Agency Case Number:     AT 3330-0084

| ITEM # | QTY | DESCRIPTION OF ITEMS |
|---|---|---|
| | | interention(19) area of suspected bloodstain swabs collected from wooden pit |

| Item # | Date | Relinquished By | Received By | Comments |
|---|---|---|---|---|
| | | Printed Name Sailer Morgan | Printed Name Salina Walker | |
| | | Signature Sailer Morgan | Signature SWaller | |
| | | Printed Name | Printed Name | |
| | | Signature | Signature | |
| | | Printed Name | Printed Name | |
| | | Signature | Signature | |
| | | Printed Name | Printed Name | |
| | | Signature | Signature | |

Issuing Authority:  Quality Manager          Page 1 of 1          SLED Forensics Form # FSA 049, January 2014

Control No. _____

PRINT ALL INFORMATION EXCEPT WHERE SIGNATURE IS REQUIRED

## CERTIFICATION OF PROOF OF CHAIN OF PHYSICAL CUSTODY OR CONTROL

Initial Custody

This is to certify that I ___**Bralion Hyatt Jr.**___ am employed by
(Name)

___**SLED**___ and that on
(Name of Agency of Department)

___**9/25/2022**___ , I seized from ___**Austin Nevin a/k/a "Uncle Willie"**___
(Date)                                                                                    (Name)

pursuant to ___**Search Warrant (USDA)**___
(State whether Subject to a Warrant, Lawful Arrest or Otherwise)

at or near ___**1462 Waterspring Rd., Orangeburg, SC 29118**___
(Place where seized)

The following substance(s) or container(s): (Describe the substance or container to sufficiently distinguish it.)

**SEE ATTACHMENT 1**

Signed: _____ Print Name: **Bralion Hyatt Jr.** Date: 9/25/2022

Notary Public for South Carolina Signature:

Sworn before me this _____ day of _____
My commission expires: _____ County: _____

### Subsequent Chain of Custody Following Seizure:

The item(s) listed above were delivered in substantially the same condition as when it was received according to the following chain:

| | Signature | Print Name | Company | Date / Time |
|---|---|---|---|---|
| 1.) | Relinquished By: | Bralion Hyatt Jr. | SLED | 9/25/2022 |
| | Received By: | | SLED Lab | 9/25/2022 |
| | Sworn before me this ___ day of ___ My commission expires: ___ County: ___ | | Notary Public for South Carolina Signature: | |
| 2.) | Relinquished By: | | | |
| | Received By: | | | |
| | Sworn before me this ___ day of ___ , My commission expires: ___ County: ___ | | Notary Public for South Carolina Signature: | |
| 3.) | Relinquished By: | | | |
| | Received By: | | | |
| | Sworn before me this ___ day of ___ My commission expires: ___ County: ___ | | Notary Public for South Carolina Signature: | |
| 4.) | Relinquished By: | | | |
| | Received By: | | | |
| | Sworn before me this ___ day of ___ My commission expires: ___ County: ___ | | Notary Public for South Carolina Signature: | |
| 5.) | Relinquished By: | | | |
| | Received By: | | | |
| | Sworn before me this ___ day of ___ My commission expires: ___ County: ___ | | Notary Public for South Carolina Signature: | |