## Attachment 1

1. **Cardboard Box Containing:**
1.1 One glass jar containing green plant material soaked inside a clear liquid.
1.2 One rolled up joint containing green plant material.
1.3 One small glass container containing a yellow wax substance, one white sappy tube containing a gold liquid, and one small package labeled "BATCH" containing THC oil.
1.4 One small glass jar labeled "Sour Cookie" containing green plant material and one small roach Cigar containing green plant material.
2. One large red and white cooler containing green plant material
3. One large gray plastic container with a blue lid containing green plant material.

9/25/2022
SA Bralion Hyatt Jr.

## SIGN IN SHEET

| NAME | DEPARTMENT | CELL PHONE |
|---|---|---|
| Brallon Hyatt | SLED | 803 995 3608 |
| NEAL NELSON | SLED | 803-429-1374 |
| TARA DONAHUE | SLED | 803-904-0553 |
| ANNA BAILEY | SLED | 803-995-1080 |
| Chris Thomas | DNR | 803-440-2961 |
| Thomas Page | DNR | 803-212-5024 |
| MARCO DEASA-LITTIG | USDA-OIG | 312.835.0843 |
| Salina Walker | USDA-OIG | 678-300-3749 |